# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Pamela L. | United States District Court Eastern District of Tennessee | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 145
Knoxville, TN 37902
865-545-4255

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | ABA - Federal Judges Division |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Salary - City of Knoxville |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia | 04/17/2015 - 04/18/2015 | Charlottesville, VA | Judging Moot Court Competition | Mileage & Parking |
| 2. | ABA | 07/29/2015 - 07/30/2015 | Chicago, IL | National Conf. Fed. Trial Judges' Roundtable | Hotel Room & Meals |
| 3. | ABA | 07/30/2015 - 08/02/2015 | Chicago, IL | National Conf. Fed. Trial Judges' Roundtable | Hotel Room & Meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Property #1 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 2. RentalProperty #2 Salisbury, N.C. | A | Rent | K | W | | | | | |
| 3. Business property #1, Knoxville, TN | A | Rent | N | W | | | | | |
| 4. Charles Schwab Money Market Fund | A | Int./Div. | L | T | | | | | |
| 5. 21st Century Fox, Inc., Class B | A | Int./Div. | J | T | Buy | 08/27/15 | J | | |
| 6. Accordia LIfe Insurance (whole life) | A | Int./Div. | J | T | | | | | |
| 7. AGCO Common Stock | A | Int./Div. | J | T | | | | | |
| 8. Alleghany Corp. | A | Int./Div. | J | T | Buy | 03/23/15 | J | | |
| 9. American Funds EuroPac Gr R3 | A | Int./Div. | J | T | | | | | |
| 10. American Intl Group Common Stock | A | Int./Div. | K | T | | | | | |
| 11. ATT | A | Int./Div. | | | Sold | 08/10/15 | J | | |
| 12. Berkshire Hathaway Common Stock | A | Int./Div. | K | T | | | | | |
| 13. Black Rock Equity Fund Dividend R | A | Int./Div. | J | T | | | | | |
| 14. Brookfield Asset Mgmt Cl A | A | Int./Div. | J | T | Buy | 09/01/15 | J | | |
| 15. CF Industries Holdings, Inc. | A | Int./Div. | J | T | Buy | 12/24/15 | J | | |
| 16. CitiGroup Common Stock | A | Int./Div. | J | T | Buy | 07/02/15 | J | | |
| 17. City of Knoxville TN Pension Plan G Option 1 | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reeves, Pamela L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Deere & Co. | A | Int./Div. | J | T | | | | | |
| 19. DirecTV | A | Int./Div. | | | Sold | 07/27/15 | J | | |
| 20. Ensco PLC Class A Common Stock | A | Int./Div. | | | Sold | 02/09/15 | J | | |
| 21. Exor S.p.A. | A | Int./Div. | | | Sold | 07/21/15 | J | | |
| 22. Fairfax Financial Holdings Ltd. Common Stock | A | Int./Div. | J | T | | | | | |
| 23. First Financial Bancorp Common Stock | A | Int./Div. | J | T | | | | | |
| 24. First Tennessee Bank cash accounts | A | Int./Div. | K | T | | | | | |
| 25. Fossil Group,Inc. | A | Int./Div. | J | T | Buy | 08/28/15 | J | | |
| 26. Franklin Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 27. Goldman Sachs Common Stock | A | Int./Div. | J | T | Buy | 08/31/15 | J | | |
| 28. Greenlight Capital Re. Ltd. | A | Int./Div. | J | T | | | | | |
| 29. Group 1 Automotive, Inc. | A | Int./Div. | J | T | Buy | 06/05/15 | J | | |
| 30. Guardian Modified Benefit whole life insurance policy | A | Int./Div. | K | T | | | | | |
| 31. Hartford Whole Life Insurance Policy | A | Int./Div. | K | T | | | | | |
| 32. INCRI Corp. Common Stock | A | Int./Div. | | | Sold | 05/07/15 | J | | |
| 33. International Business Machines | A | Int./Div. | J | T | | | | | |
| 34. J.P. Morgan & Co. Common Stock | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. J.P. Morgan MidCap Growth A | A | Int./Div. | J | T | | | | | |
| 36. Kellogg Co. Common Stock | A | Int./Div. | J | T | | | | | |
| 37. Leucadia National Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 38. Lincoln National Universal Whole Life Insurance Policy | A | Int./Div. | J | T | | | | | |
| 39. Lindsay Corporation | A | Int./Div. | | | Sold | 12/29/15 | J | | |
| 40. Loews | A | Int./Div. | J | T | | | | | |
| 41. Mattel, Inc. Common Stock | A | Int./Div. | | | Sold | 08/10/15 | J | | |
| 42. National Oil Well Varco | A | Int./Div. | | | Sold | 02/09/15 | J | | |
| 43. Oaktree Capital Group Common Stock | A | Int./Div. | J | T | | | | | |
| 44. Ocwen Financial Corp. | A | Int./Div. | | | Sold | 01/16/15 | J | | |
| 45. Pioneer Bond Fund | A | Int./Div. | J | T | | | | | |
| 46. Prudential Guaranteed Income Fund | A | Int./Div. | J | T | | | | | |
| 47. Prudential Jenn Mid Cap Growth A | A | Int./Div. | J | T | | | | | |
| 48. RenaissanceRe Holdings Ltd. Common Stock | A | Int./Div. | J | T | | | | | |
| 49. Rolls Royce Holdings | A | Int./Div. | J | T | | | | | |
| 50. Rolls Royce Holdings C Shares | A | Int./Div. | | | Sold | 01/07/15 | J | | |
| 51. Rolls Royce Holdings Ord FC Shares | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SunAmerica Strategic Bond Cl C | A | Int./Div. | J | T | | | | | |
| 53. SunAmerica Money Market Cl A | A | Int./Div. | J | T | | | | | |
| 54. SunAmerica Focused Multi Asset Cl C | A | Int./Div. | J | T | | | | | |
| 55. SunAmerica Focused Alpha Growth Cl C | A | Int./Div. | J | T | | | | | |
| 56. Tupperware Corp. | A | Int./Div. | J | T | | | | | |
| 57. Vanguard Energy Fund Investor | A | Int./Div. | J | T | | | | | |
| 58. Vanguard Growth and Income Fund | A | Int./Div. | K | T | | | | | |
| 59. Vanguard Health Care Fund Admiral Shores | A | Int./Div. | L | T | | | | | |
| 60. Vanguard Windsor II Fund Investor | A | Int./Div. | K | T | | | | | |
| 61. Vict Integral Small CAD-R-b | A | Int./Div. | J | T | | | | | |
| 62. Weitz Value Portfolio Equity Funds | A | Int./Div. | J | T | | | | | |
| 63. Wells Fargo Advantage Growth A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Pamela L. | 05/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela L. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544